UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 94-70-JJF |
| JAWANDA E. HARRIS, | : | |
| Defendant | : | |
| and | : | |
| WILMINGTON MONTESSORI<br>1400 HARVEY ROAD<br>WILMINGTON, DE 19810, | : | |
| Garnishee | : | |

## ANSWER OF THE GARNISHEE

_Helen Fath_, hereby certifies that:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

_____.
    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of

which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION: _Human Resourse Director_

    That he/she is the (State Official Title) _____ of Garnishee, _WMS_

a corporation, organized under the laws of the State of _DE_.

On _____, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes  No

X   __   1.   Defendant is in my/our employment.

         2.   Pay period is __ weekly, __ bi-weekly

              __ semi-monthly, _X_ monthly.

              Enter date present pay period began.

              (Present means the pay period in which

              this order and notice of garnishment were

              served) DATE: _5/1/06_

         3.   Enter amount of net wages. Calculate below:

              (a) Gross Pay                  $_2146.00_

              (b) Federal income tax          _134.38_

              © F.I.C.A. income tax           _164.17_

              (d) State income tax             _45.03_

              (e) City/local income tax  _26.83_

              Total of tax withholdings  $_370.41_

              Net Wages                         $_1775.59_
              (a less total of b,c,d,e)

YES  NO

__   X   4.   Have there been previous garnishments in effect?

              If the answers is yes, describe below.


         5.   The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-defendant in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

Check the applicable line below if you deny that you hold property subject to this order of garnishment.

__ The Garnishee makes the following claim of exemption on the part of Defendant:

_____

__ Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:_____

_____

__ The Garnishee has in no manner and upon no account been indebted or under liability to the Defendant, **JAWANDA E. HARRIS,** and that the Garnishee has not possessed or control any property belonging to the Defendant.

## CERTIFICATION OF SERVICE OF GARNISHEE

I, _Helen Fath on behalf of WMS_, Garnishee, certify that a copy of the foregoing Answer of Garnishee was served by first-class mail to (1) the Defendant, (please give name and address):

_Tawanda Harris_
_202 W. 35th St., Apt 2B_
_Wilm, DE 19802-2613_

and (2) the United States Attorney's Office at; 1007 Orange Street, Suite 700, Wilmington, Delaware 19899, Attn: Reneé A. Austin and (3) the Original mailed to Clerk, U.S. District Court, 844 N. King Street, Wilmington, Delaware 19801.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED THE __18__ DAY OF __May__, 2006.

_____
Garnishee _on behalf of WMS._

Subscribed and sworn to before me this
__18__ day of __May__, 2006.

_____
Notary Public
(Seal)
My Commission expires: __April 14, 2007__



Wilmington Montessori School
1400 Harvey Road
Wilmington, DE 19810

CLERK, UNITED STATES DISTRICT COURT
4209 FEDERAL BUILDING
844 N. KING STREET
WILMINGTON, DE 19801