UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CASE NO. 94-70-JJF |
| JAWANDA E. HARRIS, | : |
| Defendant | : |
| and | : |
| WILMINGTON MONTESSORI<br>1400 HARVEY ROAD<br>WILMINGTON, DE  19810, | :<br><br>: |
| Garnishee | : |

### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on **May 19, 2006**, stating that at the time of the service of the writ she had in her possession or under her control personal property belonging to and due defendant, and that Garnishee was indebted to defendant in the sum of **$1,775.59 monthly**.  The current principal amount as of **May 23, 2006**, is **$3,220.00**.

On **April 28, 2006**, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee, and its successors or assigns, pay to the plaintiff from the  defendant's earnings **either** sum of  **6% of defendant's non-exempt net disposable earnings or**  the amount by which disposable earnings exceed 30

times the Federal minimum wage, pursuant to 15 U.S.C. § 1673(a), until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

**IT IS FURTHER ORDERED** that Garnishee submit payments to the Plaintiff as follows:

    Payee:    Clerk, U.S. District Court

    Address:    844 N. King Street
                    Wilmington, DE  19801

DATE: May 25, 2006

                                      HONORABLE JOSEPH J. FARNAN, JR.
                                      United States District Court Judge