UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CASE NO. 94-70-JJF |
| JAWANDA E. HARRIS, | : |
| Defendant | : |
| and | : **REDACTED** |
| WILMINGTON MONTESSORI<br>1400 HARVEY ROAD<br>WILMINGTON, DE 19810, | : |
| Garnishee | : |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant, **JAWANDA E. HARRIS**, Social Security Number           whose last known address is           , **Wilmington, DE 19802**, in the above cited action as of **March 14, 2006**, in the following amounts:

| | | |
|---|---|---|
| Principal Amount | - | $3,220.00 |
| Adm. Charge | - | 0.00 |
| TOTAL AMOUNT | | $3,220.00 |

Demand for payment of the above-stated debt was made upon the defendant not less than 30 days from **March 14, 2006**, and the defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the defendant, or is in possession of property of the defendant, and said property is a nonexempt interest of the defendant.

The name and address of the Garnishee or his authorized agent is:

**WILMINGTON MONTESSORI**
**1400 HARVEY ROAD**
**WILMINGTON, DE 19810**

Respectfully submitted,

**COLM F. CONNOLLY**
United States Attorney

*/s/ Douglas E. McCann*
**DOUGLAS E. MCCANN**
Assistant United States Attorney